McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE   UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01: 01-CR-5359 AWI |
|  | ) |  |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
|  | ) | HEARING and ORDER |
| v. | ) |  |
|  | ) |  |
| STEVEN M. GROTE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone,  Assistant United States Attorney for Plaintiff and Steven E. Paganetti, attorney for defendant, that the status conference/hearing presently set for April 24, 2006, at 9:00 a.m., may be continued to June 5, 2006, at 10:00 a.m.

//
//
//
//
//

1

The parties also agree that time is excluded pursuant to the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for defendant's and his counsel preparation of his case and for continuity of counsel..

                                            Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED: 4/20/06                    By  /s/ Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant U.S. Attorney

DATE: 4/20/06                     By  /s/  Steven E. Paganetti
                                        STEVEN E. PAGANETTI
                                        Attorney for Steven M. Grote

                                              **ORDER**

IT IS SO ORDERED.

**Dated:   April 21, 2006**                    **/s/ Anthony W. Ishii**
9h0d30                                        UNITED STATES DISTRICT JUDGE

2