RE: **STEVEN ANTHONY GROTE**
Docket Number: 1:01CR05359-03 AWI
**SUPERSEDING PETITION FOR WARRANT OR**
**SUMMONS FOR OFFENDER UNDER SUPERVISION**

FILED
DEC 21 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

to file

## PETITIONING THE COURT

(X)   TO ISSUE A WARRANT

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**   **Nature of Violation**

**Charge 1:   USE OF CONTROLLED SUBSTANCE**

On September 18, October 11, 16, 18, and November 14, 2006, the releasee submitted urine specimens which returned positive to amphetamine/methamphetamine, in violation of the standard condition of release directing him to abstain from the unlawful use of a controlled substance.

**Charge 2:   FAILURE TO PARTICIPATE IN DRUG TESTING PROGRAM**

On November 1, 11, and 22, 2006, the releasee failed to submit to a random urinalysis at Turning Point Aftercare Services, Fresno, California, in violation of Special Condition Number 3 which directs the releasee to participate in a drug testing program as directed by the probation officer.

**Charge 3:   NEW LAW VIOLATION**

On November 26, 2006, the releasee ~~was cited by the Fresno Police Department for Driving Under the Influence,~~ used methamphetamine in violation of California ~~Vehicle Code Section 23152(a) and (b),~~ few and the standard condition of release which directs him to obey all laws.