McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
MARIANNE A. PANSA
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CR 1:01-cr-5359 AWI |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | RESCHEDULING TRIAL AND MOTIONS |
| ) | IN LIMINE |
| STEVEN M. GROTE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties, through their respective counsel, agree upon the following facts:

1. This case is currently set for trial on March 27, 2007. However, one of government counsel had a trial that recently resulted in a hung jury that is set for re-trial on March 12, 2007. Due to some discovery issues, the government will be requesting that this re-trial be reset for the end of March 2007, putting it even closer to the trial date for the present case. The second government counsel has a trial that is currently set for April 3, 2007. This trial date is expected to hold firm.

2. In addition, the parties are attempting to set up meetings between defense counsel and the government attorneys to discuss possible resolution of the case. Because of the complexity of the

case, these meetings take considerable preparation.  If successful, however, these meetings could result in a resolution of this case without trial.

    3.  The defendant is not in custody, and he does not object to the request that the trial date be reset.

    4.  The defendant's attorney has indicated that he has trials double set throughout April, May and June.  The parties agree that this case should be set for trial on July 9, 2007.

    5.  In addition, because of the complexity of the case and the trial schedules of both parties, the parties agree that they need additional time for effective preparation of this case for trial.

    Therefore, the parties agree that the Court can issue the following order:

1. The Jury Trial, presently scheduled for March 27, 2007, shall be rescheduled for July 9, 2007, at 9:00 a.m.
2. The hearing to consider motions and the trial confirmation hearing, presently scheduled for March 12, 2007 shall be rescheduled for June 25, 2007.
3. All motions in limine, with supporting points and authorities, shall be filed and served by 4:00 p.m. on May 29, 2007.
4. Opposition to any motion in limine shall be filed and served by 4:00 p.m. on June 11, 2007.
5. Replies to any opposition shall be filed and served by 4:00 p.m. on June 18, 2007.
6. Pre-trial filings required by the Pre-Trial Order—including witness lists, trial briefs, exhibits, proposed voir dire questions, notice of the use of

```
 1            videotape and computers, and the agreed summary of the
 2            case—presently due on March 22, 2006, shall be filed by
 3            4:00 p.m. on July 5, 2007.
 4       7.   Time shall be excluded until July 9, 2007, in the
 5            interests of justice pursuant to 18 U.S.C.
 6            §3161(h)(8)(A).
 7  Dated: February 15, 2007         McGREGOR W. SCOTT
                                     United States Attorney
 8
 9                                        /s/ Mark J. McKeon
                                     _____
10                                   MARK J. McKEON
                                     Assistant U.S. Attorney
11
12  Dated: February 15, 2007         Wild, Carter & Tipton
13
                                          /s/ Steven E. Paganetti
14                                   _____
                                     STEVEN E. PAGANETTI
15                                   Attorneys for Defendant,
                                     Steven M. Grote
16
17                                   ORDER
18      IT IS SO ORDERED except that the Jury Trial date shall be
19  reschedule to Tuesday, July 10, 2007 at 8:30 a.m.
20
21  IT IS SO ORDERED.
22  Dated:   February 20, 2007              /s/ Anthony W. Ishii
    0m8i78                              UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28
```