Steven E. Paganetti (SBN 087513)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Post Office Box 16339
Fresno, California 93755-6339
Telephone: (559) 224-2131
Facsimile: (559) 224-8462

Attorneys for Defendant
STEVEN M. GROTE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number CR-F-01-5359 AWI |
| Plaintiff, | **STIPULATION AND ORDER REGARDING TERMINATION OF PRETRIAL CONDITIONS** |
| v. | |
| STEVEN M. GROTE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Defendant Steven M. Grote by and through their respective attorneys as follows:

WHEREAS, the trial in the above entitled matter has been rescheduled for July 10, 2007;

WHEREAS, Defendant Steven M. Grote as a condition to this release pending trial has been required to report to his designated pretrial services officer regarding court appearance dates, submission to drug testing and request for permission to physically leave this judicial district for more than 5 ½ years;

WHEREAS, Defendant Steven M. Grote has complied with all of the conditions of his release;

WHEREAS, the parties to this stipulation agree the pre-trial condition should be terminated at this time releasing Steven M. Grote from any further pre-trial service supervision or

condition to his release pending trial;

BASED UPON THE ABOVE it is hereby stipulated by and between the parties that Defendant Steven M. Grote is hereby released from any further pre-trial services supervision or condition to his release pending trial.

Dated: April 16, 2007  **WILD, CARTER & TIPTON**
A Professional Corporation

By _____/s/_____
STEVEN E. PAGANETTI
Attorneys for Plaintiffs

Dated: April 16, 2007  **U.S. DEPARTMENT OF JUSTICE**
United States Attorney
Eastern District of California

By_____/s/_____
MARK McKEON
Assistant U.S. Attorney

Dated: April 13, 2007

By _____/s/_____
JACOB SCOTT
Probation Officer

**ORDER**

Based upon the above stipulation it is hereby ordered that:

1.  Defendant Steven M. Grote is hereby released from any further pre-trial services supervision and condition for his release pending trial on July 10, 2007.

IT IS SO ORDERED.

**Dated:   April 23, 2007**       /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE