1  Steven E. Paganetti (SBN 087513)
   **WILD, CARTER & TIPTON**
2  A Professional Corporation
   246 West Shaw Avenue
3  Post Office Box 16339
   Fresno, California 93755-6339
4  Telephone: (559) 224-2131
   Facsimile: (559) 224-8462
5
   Attorneys for Defendant
6  STEVEN M. GROTE

7

8
                    **UNITED STATES DISTRICT COURT**
9
                **EASTERN DISTRICT OF CALIFORNIA-FRESNO**
10

11  UNITED STATES OF AMERICA,          )   Case Number CR-F-01-5359 AWI
                                       )
12           Plaintiff,                )   **STIPULATION AND ORDER**
                                       )   **REGARDING TERMINATION OF**
13  v.                                 )   **PRETRIAL CONDITIONS**
                                       )
14  STEVEN M. GROTE,                   )
                                       )
15           Defendant.                )
                                       )
16

17        IT IS HEREBY STIPULATED by and between Plaintiff United States of America

18  and Defendant Steven M. Grote by and through their respective attorneys as follows:

19        WHEREAS, the trial in the above entitled matter has been rescheduled for July

20  10, 2007;

21        WHEREAS, Defendant Steven M. Grote as a condition to this release pending

22  trial has been required to report to his designated pretrial services officer regarding court

23  appearance dates, submission to drug testing and request for permission to physically leave this

24  judicial district for more than 5 ½ years;

25        WHEREAS, Defendant Steven M. Grote has complied with all of the conditions

26  of his release;

27        WHEREAS, the parties to this stipulation agree the pre-trial condition should be

28  terminated at this time releasing Steven M. Grote from any further pre-trial service supervision or

STIPULATION AND ORDER RE: TERMINATION OF PRE-TRIAL CONDITIONS

condition to his release pending trial;

BASED UPON THE ABOVE it is hereby stipulated by and between the parties that Defendant Steven M. Grote is hereby released from any further pre-trial services supervision or condition to his release pending trial.

Dated: April 16, 2007                **WILD, CARTER & TIPTON**
                                     A Professional Corporation

                                     By _____/s/_____
                                        STEVEN E. PAGANETTI
                                        Attorneys for Plaintiffs

Dated: April 16, 2007                **U.S. DEPARTMENT OF JUSTICE**
                                     United States Attorney
                                     Eastern District of California

                                     By_____/s/_____
                                        MARK McKEON
                                        Assistant U.S. Attorney

Dated: April 13, 2007

                                     By _____/s/_____
                                        JACOB SCOTT
                                        Probation Officer

**ORDER**

Based upon the above stipulation it is hereby ordered that :

1.   Defendant Steven M. Grote is hereby released from any further pre-trial services supervision and condition for his release pending trial on July 10, 2007.

IT IS SO ORDERED.

**Dated:   April 23, 2007**              _____/s/ Anthony W. Ishii_____
                                         UNITED STATES DISTRICT JUDGE