Steven E. Paganetti (SBN 087513)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Post Office Box 16339
Fresno, California 93755-6339
Telephone: (559) 224-2131
Facsimile: (559) 224-8462

Attorneys for Defendant
STEVEN M. GROTE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case Number CR-F-01-5359 AWI |
|                                  ) | |
|              Plaintiff,          ) | **STIPULATION AND ORDER** |
|                                  ) | **RESCHEDULING TRIAL AND** |
| v.                               ) | **MOTIONS IN LIMINE** |
|                                  ) | |
| STEVEN M. GROTE,                 ) | |
|                                  ) | |
|              Defendant.          ) | |

The parties, through their respective counsel, agree upon the following facts:

1.      This case is currently set for Trial on July 10, 2007. However, one of government's central witnesses FBI Agent is unavailable.

2.      In addition, the parties are attempting to set up meetings between defense counsel and the government attorneys to discuss possible resolution of the case. Because of the complexity of the accounting in this case, these meetings take considerable preparation. If successful, however, these meetings could result in a resolution of this case without trial. All counsel believe this is a case which should be resolved without trial to avoid any further government resources and attorneys fees.

3.      In addition, because of the complexity of the case and the trial schedules of both parties, the parties agree that they need additional time for effective preparation of this case for trial.

Therefore, the parties agree that the Court can issue the following order:

STIPULATION AND ORDER RESCHEDULING TRIAL AND MOTIONS IN LIMINE

1. The Jury Trial, presently scheduled for July 10, 2007, shall be rescheduled for September 25, 2007, at 9:00 a.m..
2. The hearing to consider motions in and the trial confirmation hearing, presently scheduled for June 25, 2007 shall be rescheduled for September 10, 2007 at 9:00 a.m.
3. All motions in limine, with supporting points and authorities, shall be filed and served by 4:00 p.m. on August 10, 2007.
4. Opposition to any motion in limine shall be filed and served by 4:00 p.m. on August 24, 2007.
5. Replies to any opposition shall be filed and served by 4:00 p.m. on August 31, 2007.
6. Pre-trial filings required by the Pre-Trial Order-including witness lists, trial briefs, exhibits, proposed voir dire questions, notice of the use of videotape and computers, and the agreed summary of the case-presently due on July 5, 2007, shall be filed by 4:00 p.m. on September 20.
7. Time shall be excluded until September 25, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: June 12, 2007

**U.S. DEPARTMENT OF JUSTICE**
United States Attorney
Eastern District of California

By:     /s/ Mark J. McKeon
            MARK J. McKEON
            Assistant U.S. Attorney

Dated: June 12, 2007

**WILD, CARTER & TIPTON**
A Professional Corporation

By:     /s/ Steven E. Paganetti
            STEVEN E. PAGANETTI
            Attorneys for Defendant,
            Steven M. Grote

2

STIPULATION AND ORDER RESCHEDULING TRIAL AND MOTIONS IN LIMINE

1
2
                                                    ORDER

3
    IT IS SO ORDERED.
4
    **Dated:   June 15, 2007**                      /s/ Anthony W. Ishii
5                                                   UNITED STATES DISTRICT JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19  WILD, CARTER & TIPTON
20
21
22
23
24
25
26
27
28