

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| Plaintiffs,     ) | No. CR-01-5359-AWI |
| vs.     ) | ORDER OF RELEASE |
| STEVEN ANTHONY GROTE,     ) | |
| Defendant.     ) | |

The above named defendant having been sentenced on OCTOBER 22, 2007 to a sentence of continued supervised release,

IT IS HEREBY ORDERED that the defendant shall be released on October 23, 2007 to the custody of Westcare. A certified Judgment and Commitment order to follow.

DATED: /0-22-07

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1